UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA
Civil No. 22-CV-154

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**CLAIM FOR POSSESSION**

5150 ALVARADO LANE, PLYMOUTH, MINNESOTA

    Defendants.

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Salim A. Said makes and files this claim with regard to his interest in the above-named properties pursuant to Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims, and in support thereof would respectfully show unto the Court as follows:

1. Salim A. Said claims an interest in the following properties for which the United States of America filed a Complaint for Forfeiture on January 21, 2022 in the United States District Court for the District of Minnesota.

    5150 Alvarado Lane, Plymouth, Minnesota

2. Salim A. Said has an interest in the aforementioned property and hereby demands it restitution, and in accordance therewith, the right to defend Civil Action No. 22-CV-154.

3. Salim A. Said was personally served with notice of this complaint on March 1, 2022. A copy of the Notice of Complaint is attached hereto and incorporated herein as Exhibit "A").

1

4. Colich & Associates has full authorization to make this claim on behalf of Salim A. Said's interests.

Dated: 3/15/2022

Respectfully,
COLICH & ASSOCIATES

*/s/ Michael J. Colich*
Michael J. Colich
Attorney for Salim A. Said
Atty. No. 17899
Colich & Associates
420 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Phone: 612-333-7007
Fax: 612-333-0492
mcolich@colichlaw.com

## VERIFICATION

I, Salim A. Said, declare under penalty of perjury, under the laws of the United States of America, as provided by 28 U.S.C.A. § 1746, that the foregoing is true and correct:

1. The facts set forth in the Claim for Possession are true to the best of my knowledge, information, and belief.

Dated: 3/15/2022

*/s/ Salim A. Said*
Salim A. Said
Claimant

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-154 (SRN/DTS)

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

**NOTICE OF COMPLAINT
FOR FORFEITURE**

1. 15418 HAMPSHIRE LANE, SAVAGE, MINNESOTA,

2. 5594 CANDY COVE TRAIL SE, PRIOR LAKE, MINNESOTA,

3. 5604 CANDY COVE TRAIL SE, PRIOR LAKE, MINNESOTA,

4. 3847 CANE RUN ROAD, LOUISVILLE, KENTUCKY,

5. 6200 SOUTH 3RD STREET, LOUISVILLE. KENTUCKY,

6. 2722 PARK AVENUE SOUTH, MINNEAPOLIS, MINNESOTA,

7. 2742 PARK AVENUE SOUTH, MINNEAPOLIS, MINNESOTA,

8. 5150 ALVARADO LANE IN PLYMOUTH, MINNESOTA,,

9. 2529 12TH AVENUE SOUTH, MINNEAPOLIS, MINNESOTA,

10. 301-309 (ODD ADDRESSES) EAST LAKE STREET, MINNEAPOLIS, MINNESOTA,

11. 311-319 (ODD ADDRESSES) EAST LAKE STREET, MINNEAPOLIS, MINNESOTA,

12. 3018 3RD AVENUE SOUTH, MINNEAPOLIS, MINNESOTA,

13. 8432 NOBLE AVE N., BROOKLYN PARK, MINNESOTA

14. 13825 EDGEWOOD AVENUE SOUTH, SAVAGE, MINNESOTA

DEFENDANTS.

1. DATE OF NOTICE:   February 18, 2022

2. FORFEITURE COMPLAINT: On or about January 21, 2022, the United States of America filed a Complaint for Forfeiture *In Rem* in the United States District Court for the District of Minnesota seeking to forfeit the defendant properties.

3. FILING OF A VERIFIED CLAIM: Pursuant to Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in order to avoid forfeiture of the defendant properties, any person who asserts an interest in the defendant properties must file a verified claim within 35 days after the date of this notice or the date of delivery, if personally served.

4. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5. FILING OF AN ANSWER: If you file a verified claim, you must then file an answer to the complaint or a motion under Rule G(5)(b) and Rule 12 of the Federal Rules of Civil Procedure within 21 days after the date the verified claim

is filed.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer must be filed with the Office of the Clerk, United States District Court for the District of Minnesota at the following location: United States Courthouse, 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, and a copy of the claim and answer or motion must be sent to Craig R. Baune, Assistant United States Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

7. In accordance with 18 U.S.C. § 985(c)(1)(B), Notice of this forfeiture action will be posted on the defendant real property.

8. Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.

Dated: 2-18-2022

CHARLES J. KOVATS, JR.
United States Attorney

BY: CRAIG R. BAUNE
Assistant United States Attorney
Attorney No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Craig.baune@usdoj.gov