# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States | **NOTICE OF CLAIM** |
| Plaintiff, | Case No: 22-cv-154 (SRN/DTS) |
| v. | |
| 15418 Hampshire Lane, Savage, Minnesota, et al., | |
| Defendants. | |

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, claimant Abdiwahab Mohamud hereby asserts the following claims:

1. 301-309 (odd addresses) East Lake Street, Minneapolis, Minnesota: 20% interest

2. 311-319 (odd addresses) East Lake Street, Minneapolis, Minnesota: 20% interest

3. 3018 3rd Avenue South, Minneapolis, Minnesota: 20% interest

Dated: March 21, 2022

/s/ Jason Steck
Jason Steck (#0393077)
Law Office of Jason Steck, LLC
525 Park Street, Suite 320
St. Paul, MN 55103
(763) 402-1829
Attorney for Abdiwahab Mohamud

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 21, 2022

Abdiwahab Mohamud