UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-154 (SRN/DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. 15418 HAMPSHIRE LANE, SAVAGE, MINNESOTA, *et al*,

        Defendants

and,

SALIM A. SAID,

        Claimant.

**STIPULATION TO EXTEND TIME TO FILE AN ANSWER**

The United States of America and claimant Salim A. Said ("Said"), through their respective counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 6(b)(1), 18 U.S.C. § 983(a)(4)(A), and Supplemental Rules of Civil Procedure G(4)(b) and G(5)(b)(ii), to extend the time by which Said is required to file an answer to the Complaint For Forfeiture *In Rem* until **May 21, 2022**. This stipulation is based on the following representations.

On January 21, 2022, the United States filed a Verified Complaint for Forfeiture *In Rem* (ECF No. 1.)

A Notice of Complaint for Forfeiture *In Rem* and Verified Complaint were personally served on Said on March 1, 2022. Said filed a Claim with respect to certain defendant properties on March 16, 2022. (ECF No. 3.)

The parties to this stipulation request that the deadline for Said to file an Answer to the Verified Complaint for Forfeiture *In Rem* be extended. This extension is necessary for

Said and his counsel to have sufficient time to prepare an answer to the Complaint. In addition, the parties to this stipulation anticipate that they will stipulate or move the Court for a stay of this case after counsel for other claimants have appeared.

The parties to this stipulation do not anticipate that the requested extension would delay the resolution of this matter because the Complaint is still being published and multiple parties have been served with the Complaint and still have time to file a claim.

Accordingly, the parties jointly stipulate and request that the Court extend the time by which Said may file his answer until **May 21, 2022**.

Dated: March 22, 2022

CHARLES J. KOVATS, JR.
Acting United States Attorney

*s/ Craig R. Baune*
BY:   CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:   612-664-5600
craig.baune@usdoj.gov

Dated: March 22, 2022

COLICH & ASSOCIATES

*s/ Michael J. Colich*
MICHAEL J. COLICH
Attorney for Salim A. Said
Atty. No. 17899
Colich & Associates
420 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Phone:   612-333-7007
Fax: 612-333-0492
mcolich@colichlaw.com