UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-154 (SRN/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 15418 HAMPSHIRE LANE, SAVAGE, MINNESOTA, *et al*,

    Defendants

AND,

SALIM A. SAID,

    Claimant.

**PROPOSED ORDER**

Based on the Stipulation to Extend Time to File an Answer between the United States of America and Salim A. Said (ECF No. 14),

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 6(b)(1), 18 U.S.C. § 983(a)(4)(A), and Rule G(5), Supplemental Rules For Admiralty or Maritime Claims, the deadline for Salim A. Said to file an answer to the Verified Complaint for Forfeiture *In rem* is extended until **May 21, 2022**.

Dated: _____
                                                                DAVID T. SCHULTZ
                                                              United States Magistrate Judge