UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-CV-00154
RECEIVED BY MAIL
MAY 03 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6200 SOUTH 3ʳᴰ STREET, LOUISVILLE, KY, et al.,

    Defendants.

**VERIFIED NOTICE OF CLAIM**

---

COMES NOW, Hassan Ali Muya, *pro se*, on behalf of Masjid Bilal Islamic Center, Inc. ("Masjid"), and makes and files this claim with regard to Masjid's interest in and title to the above-named property pursuant to Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims, and in support of this claim would show to the Court the following:

1. Hassan Ali Muya, on behalf of Masjid, claims an interest in the following property for which the United States of America filed a Complaint for Forfeiture on January 21, 2022, in the United States District Court for the District of Minnesota.

    a. 6200 South 3rd Street, Louisville, Kentucky

2. Hassan Ali Muya is a director of, and registered agent for, Masjid, which has an interest in the aforementioned property and hereby demands restitution, and in accordance therewith, the right to defend Civil Action No. 22-CV-00154.

3. By agreement between counsel for the United States and all parties, Masjid has until (Sunday) May 1, 2022 to file this notice of claim.

4. This notice of claim was sent by UPS, overnight, to the Clerk of Court for the District of Minnesota on April 29, 2022, and counsel for the United States:

SCANNED
MAY 03 2022
U.S. DISTRICT COURT MPLS

a. Charles J. Kovats, Jr.
      Craig R. Baune
      600 United States Courthouse
      300 South Fourth Street
      Minneapolis, MN 55415

5. Hassan Ali Muya, as director and registered agent for Masjid, has full authority to make this claim on Masjid's behalf.

6. Masjid is the owner of, and bona fide purchaser of, the claimed property by a deed dated November 22, 2021, and recorded in the Office of the Clerk of Jefferson County, Kentucky, in Deed Book 12210, Page 669.

7. The undersigned, Hassan Ali Muya, has executed this Notice of Claim under penalty of perjury, as of the date set forth below.

Dated: April 29, 2022                                Masjid Bilal Islamic Center, Inc.

                                                     By: _____
                                                     Hassan Ali Muya
                                                     Its: Director


## VERIFICATION

I, Hassan Ali Muya, the registered agent and director for Masjid Bilal Islamic Center, Inc., a Kentucky corporation, verify under penalty of perjury that the foregoing Notice of Claim of Masjid Bilal Islamic Center, Inc. is true and correct.

Dated: April 29, 2022                                _____
                                                     Hassan Ali Muya

2