UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-154 (SRN/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 15418 HAMPSHIRE LANE, SAVAGE, MINNESOTA, *et al*,

    Defendants

and,

ABDIAZIZ FARAH, *et al*,

    Claimants.

**ORDER STAYING CIVIL CASE**

Based upon the Stipulation to Stay Civil Case between the Plaintiff, United States and Claimants Claimants Salim A. Said, Abdi Nur Salah, Abdiwahab Mohamud, Ahmed Sharif Omar-Hashim, Abdiaziz Farah, Empire Enterprises, LLC, Cosmopolitan Business Properties, LLC, Mohamed Ismail, Golis Properties, LLC, Bridge Capital, LLC, Abdifatah Aftin, BBI, LLC, Abdihakim Ali Ahmed, Five A's Projects, LLC, Masjid Bilal Islamic Center, and Sharmarke Issa ("the Stipulation"),

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED;**

2. All judicial proceedings in this civil forfeiture action are stayed until the related criminal investigation is resolved or pending further order of this Court;

3. This stay does not affect the right or obligation of any additional third parties to file a timely claim asserting an interest in the Defendants *in rem* in this matter as required by Supplemental Rule G(5)(A) and 18 U.S.C. § 983(a)(4), as is set forth in the Stipulation; and

4. All parties to the Stipulation retain the right to move the Court to lift the stay no sooner than six months after the date of this Order, and all parties also retain the right to oppose such a motion if one is filed.

Dated: July 27, 2022         *s/ Becky R. Thorson*
                             BECKY R. THORSON
                             United States Magistrate Judge