UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

           Plaintiff,           22-cv-154 (SRN/DJF)

  v.

10. 301-309 (odd addresses) East Lake Street, Minneapolis, Minnesota,
11. 311-319 (odd addresses) East Lake Street, Minneapolis, Minnesota,    **ORDER**
12. 3018 3rd Avenue South, Minneapolis, Minnesota,

           Defendants
  and,

Abdiwahab Mohamud,
Golis Properties, LLC,
Bridge Capital, LLC,

           Claimants.

Based upon the Joint Stipulation for Interlocutory Sale of Real Property between the Plaintiff, United States of America, and Claimants Abdiwahab, Mohamud Golis Properties, LLC and lender Bridge Capital, LLC; and on the Expedited Settlement Agreement between the United States of America and Qamar Ahmed Hassan, Abdiwahab Mohamud, Sahra Mohamed Nur, Golis Properties, LLC, and Bridge Capital, LLC, and upon the and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation for Interlocutory Sale [Doc. No. 67] for the real property located at:

    a. 301-309 E Lake Street, Minneapolis Minnesota,

      b. 311-319 E Lake Street, Minneapolis Minnesota, and

      c. 3018 3rd Avenue South, Minneapolis, Minnesota is APPROVED.

2. The Expedited Settlement Agreement [Doc. No. 68] between the United States and Qamar Ahmed Hassan, Abdiwahab Mohamud, Sahra Mohamed Nur, and third-party property owner, Golis Properties, LLC and lender Bridge Capital, LLC is APPROVED.

3. The real properties described above shall be sold pursuant to the terms of the Joint Stipulation For Interlocutory Sale of Real Property, all of which shall be deemed in full force and effect.

4. The net proceeds from the sale of the real properties shall be disposed of in accordance with the terms of the Expedited Settlement Agreement and Joint Stipulation and Interlocutory Sale, and such net proceeds shall be treated as substitute *res* for the above-described real properties for purposes of this action, and shall be held in escrow by the U.S. Marshal pending further order of this Court or agreement of the parties.

Dated: December 29, 2022

        s/Susan Richard Nelson
        SUSAN RICHARD NELSON
        United States District Judge